UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BCI BUILDERS, INC., et al.<br><br>　　　　　Defendants. | Case No. 5:13-cv-05011-PSG<br><br>**ORDER TO FILE MOTION FOR DEFAULT JUDGMENT OR SHOW CAUSE**<br><br>**(Re: Docket No. 34)** |

Plaintiff previously informed the court that the individual defendants, who according to the docket have not yet been served, have sought bankruptcy protection.  Having now secured entry of default against Defendant BCI Builders Inc., Plaintiff shall either move for default judgment against BCI or show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall comply with this order no later than January 30, 2015.

**SO ORDERED.**

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge